Sidney ADAMI, Jr., alias Sidney Adams, Appellant, v. STATE of Texas, Appellee

(four cases).

Nos. 20750–20753.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of robbery, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

No. 20754.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

Sidney ADAMI, Jr., Alias Sidney Adams, Appellant, v. The STATE of Texas,
Appellee.

No. 20755.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal ordered dismissed.